IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET BATCHELOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1243 (MN) |
| | ) |
| ANDREA FREUD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 19th day of November 2019, the complaint in the above-captioned case having been filed on July 1, 2019, and Plaintiff having failed to show cause pursuant to this Court's October 18, 2019 Order to Show Cause (D.I. 3) why the case should not be dismissed for failure to effect service of process upon Defendants within 90 days of filing the complaint;

IT IS HEREBY ORDERED that:

1. The complaint is DISMISSED without prejudice for failure to serve process within 90 days of filing the complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure.

2. The Clerk of Court is directed to CLOSE the case.

The Honorable Maryellen Noreika
United States District Judge